JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOCKSUA CRESPO-BERROTERAN,

        Petitioner,

    v.

JAMES RIOS, et al.,

        Respondents.

Case No. 5:26-cv-02348-KES

**JUDGMENT**

For the reasons stated in the Court's order granting the Petition (Dkt. 10), Judgment is hereby entered granting the Petition.

DATED: May 12, 2026

_____
Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE